IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

KENNETH J. MURCHISON,

Defendant.

CASE NO.: 4:19-cr-21

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit;

THEREFORE, IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. Additionally, the Defendant's Motions, (docs. 18, 21, 22) are DENIED as moot. The Clerk of Court is directed to CLOSE this case.

**SO ORDERED**, this 9th day of October, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA